UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HANNAH T. PIOTROWSKI and <br> JAMES M. PIOTROWSKI, <br>       Plaintiffs, <br> V. <br> MENARD, INC., <br> a Wisconsin Corporation, <br>       Defendant. | ) <br> ) <br> ) <br> ) <br> )    13-cv-05572 <br> ) <br> ) <br> ) <br> ) |

## MOTION FOR SUMMARY JUDGMENT

NOW COMES Defendant, Menard, Inc., (hereinafter "Menard"), by and through its attorneys, Gary T. Jansen and Nicole D. Milos, of Cremer, Spina, Shaughnessy, Jansen & Siegert, LLC, pursuant to Federal Rule of Civil Procedure 56, and requests that this Honorable Court enter summary judgment in favor of said Defendant and against Plaintiffs Hannah T. Piotrowski and James M. Piotrowski. In support thereof, Defendant states as follows:

Menard has contemporaneously filed herewith a *Memorandum of Law in Support of Motion for Summary Judgment*. The bases which entitle Menard to summary judgment are more fully set forth in the *Memorandum of Law in Support of Motion for Summary Judgment*.

WHEREFORE, Defendant, Menard, Inc. prays that this Honorable Court enter summary judgment in favor of said Defendant, and against Plaintiffs Hannah T. Piotrowski and James M. Piotrowski.

Respectfully submitted,
s/Nicole D. Milos_____
One of the Attorneys for Defendant, MENARD, INC.
Gary T. Jansen/Nicole D. Milos
CREMER SPINA SHAUGHNESSY JANSEN & SIEGERT LLC
One North Franklin Street, 10th Floor
Chicago, IL 60606
(312) 726-3800 – Telephone/(312) 726-3818 – Facsimile

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 30, 2015, the foregoing Motion was electronically filed with the Clerk of the Court using the CM/ECF system and was electronically submitted to the following: Joseph F. Vosicky, Jr., Law Offices of Joseph F. Vosicky, Jr., 53 West Jackson Boulevard, Suite 1522, Chicago, Illinois 60604.

By: s/Nicole D. Milos